Moore's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Robert F. Irwin, Jr.*, for succeeding trustee.
*William E. Lingelbach, Jr.*, for legatee.
*Arthur M. Cooper*, for Commonwealth.

SINKLER, J., December 4, 1942.—We are unanimously of the opinion that the learned auditing judge has correctly disposed of the questions presented to him, and that nothing can be added to his discussion thereof.

All exceptions are accordingly dismissed and the readjudication is confirmed absolutely.

[NOTE.—The readjudication confirmed the foregoing adjudication without material discussion.]